# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Rodney Eugene Jones,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:22-cv-00553-MR |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Eddie Buffaloe,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2022 Order.

November 21, 2022

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court